IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE GOINGS,

   Petitioner,      No. CIV S-06-2617 MCE EFB P

  vs.

ROBERT A. HOREL, Acting Warden, et al.,

   Respondents.      FINDINGS & RECOMMENDATIONS

   On November 22, 2006, the court ordered that petitioner be dropped as a party from *Saif'ullah v. Horel*, Civ. S-06-1083 MCE EFB P, and directed the Clerk of the Court to open a separate civil case. *See* Fed. R. Civ. P. 21; Rule 11, Rules Governing § 2254 Cases. Accordingly, the court opened this action, Civ. S-06-2617 MCE EFB P, as a separate case. The court also ordered petitioner to, within 30 days, either pay the filing fee or to seek leave to proceed *in forma pauperis*, and to file an amended petition. The court warned petitioner that failure to comply with that order would result in a recommendation of dismissal. The 30 days have passed and petitioner has not complied with or responded to the court's order.

   Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R.Civ. P. 41(b); Local Rule 11-110.

////

1

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 DATED:  January 12, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2